IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TONY SCHWARTZ,

        Plaintiff,

    v.

CHRISTIANA TRUST and
BANK OF AMERICA, N.A.,

        Defendants.

No.   3:15-cv-02075-PK

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Papak issued a Findings and Recommendation [40] on June 2, 2016, in which he recommends that this Court grant Christiana Trust's Request for Judicial Notice and Motion to Dismiss; and Bank of America's Request for Judicial Notice and Motion to Dismiss. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Papak's Findings & Recommendation [40], and therefore, the following motions and requests are granted: Christiana Trust's Request for Judicial Notice [29] and Motion to Dismiss [27]; and Bank of America's Request for Judicial Notice [32] and Motion to Dismiss [31].

IT IS SO ORDERED.

DATED this \_\_\_\_27\_\_\_\_ day of \_\_\_\_June\_\_\_\_, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER